**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Antonio Bridges, | Case No.: 2:20-cv-01857-JAD-VCF |
| Plaintiff | |
| v. | **Order Denying Application to Proceed *in Forma Pauperis*** |
| Black, | [ECF No. 6] |
| Defendant | |

This civil-rights action was dismissed and closed in December 2020 when pro se plaintiff Antonio Bridges failed to either pay the $402 filing fee or file an application to proceed *in forma pauperis*.[1]  Two months later, Bridges filed a first-amended complaint under 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*.[2]  Bridges included this action's case number in the caption of his *in forma pauperis* application, so the Clerk of the Court filed the documents in this action.[3]  On May 5, 2021, Bridges sent a letter inquiring about the status of his new action, explaining why this action had been dismissed, and stating he had filed documents to initiate a new action.[4]

Bridges has not moved to reopen this action and set aside the dismissal order.  He does not argue that his failure to timely file an application to proceed *in forma pauperis* in this action was the product of excusable neglect.  And I am not satisfied that relief from the dismissal order is merited on this record.

---

[1] ECF Nos. 4, 5.

[2] ECF Nos. 6, 6-1.

[3] ECF No. 6 at 1.

[4] ECF No. 7.

It is therefore ordered that the application to proceed *in forma pauperis* **(ECF No. 6) is DENIED**.  If Bridges wants to pursue his claims, he must file a complaint in a **new** action and either pay the filing fee or properly apply to proceed *in forma pauperis*.  And Bridges should not write the case number for this action in the caption of documents intended for any new action.

Dated: October 7, 2022

_____
U.S. District Judge